CO-386
10/2018

# United States District Court
# For the District of Columbia

CHILDREN'S HEALTH DEFENSE,  )
852 Franklin Ave. Suite 511  )
Franklin Lakes, NJ 07417  )
)
)
                             **Plaintiff**  )
     VS  )   Civil Action No._____
FOOD AND DRUG ADMINISTRATION  )
)
)
)
                            **Defendant**  )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Children's Health Defense__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Children's Health Defense__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

                                                      Attorney of Record
                                                      Signature

CA00173                                           Ray L. Flores
BAR IDENTIFICATION NO.             Print Name

                                                  11622 El Camino Real Suite 100
                                                 Address

                                                 San Diego,  CA  92130
                                                 City          State        Zip Code

                                                 (858) 367-0397
                                                 Phone Number