## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, 852 Franklin Ave. Suite 511 Franklin Lakes, NJ 07417 )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOOD AND DRUG ADMINISTRATION )<br>)<br>)<br>Defendant. )<br>) | CASE No.: 1:23-cv-00220-RDM |

## DECLARATION OF COMPLETION IN FOIA CASE OF SERVICE OF SUMMONS AND COMPLAINT AND OTHER DOCUMENTS TO THE OFFICE OF THE U.S. ATTORNEYS

I, Ray L. Flores II, hereby declare as follows:

1. I am an attorney of record in the above-referenced action. All the facts stated herein are true and correct within my personal knowledge. If called as a witness, I would be able to testify to the facts herein stated.

2. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, the undersigned served the United States Attorney's Office for the District of Columbia by emailing a copy of the Summons, Complaint, Exhibits, Standing Order, and Notice of Right to Consent to Trial Before a United States Magistrate Judge via email on January 31, 2023 to USADC.ServiceCivil@usdoj.gov in accordance with the directions for service of process outlined on the Office of the United States Attorneys' website.[1]

3. On January 31, 2023, I received the attached Acknowledgment of Service (Attachment 1).

---

[1] https://www.justice.gov/usao-dc/civil-division

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

RAY L. FLORES II

Dated: 1/31/23

# ATTACHMENT 1

USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
To: Ray Flores
Tue 1/31/2023 6:58 PM
Your service package has been received and accepted with a service date of January 31, 2023.

Moving forward, we kindly ask that you combine all attachments into a single PDF consistent with our Office's conditions on accepting email service.  Thank you.

**From:** Ray Flores <raylflores2@msn.com>
**Sent:** Tuesday, January 31, 2023 11:17 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Fw: Children's Health Defense v. FDA Case: 1:23-cv-00220-RDM


Civil Process Clerk:

Pursuant to the U.S. Attorney's Office direction for civil process service, attached are:

Summons
Complaint
Exhibits
Standing Order
Notice of Right to Consent to Trial Before a United States Magistrate Judge