UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, ) <br> 852 Franklin Ave. Suite 511 ) <br> Franklin Lakes, NJ 07417 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOOD AND DRUG ADMINISTRATION ) <br> ) <br> Defendant. ) <br> ) | CASE No.: 1:23-cv-00220-RDM |

### DECLARATION OF COMPLETION OF SERVICE IN FOIA CASE OF SUMMONS AND COMPLAINT AND OTHER DOCUMENTS TO THE FOOD AND DRUG ADMINISTRATION

I, Ray L. Flores II, hereby declare as follows:

1. I am an attorney of record in the above-referenced action. All the facts stated herein are true and correct within my personal knowledge. If called as a witness, I would be able to testify to the facts herein stated.

2. On January 27, 2023, pursuant to Rule 4 of the Federal Rules of Civil Procedure, I sent via priority mail to the Food and Drug Administration a copy of the Summons, Complaint, Exhibits, Standing Order, and Notice of Right to Consent to Trial Before a United States Magistrate Judge

3. On January 30, 2023, I received the attached USPS Tracking Delivery Confirmation exhibiting receipt of service (Attachment 1).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1

Respectfully submitted,

RAY L. FLORES II

Dated: 1/31/23        _____

# ATTACHMENT 1

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

9405511108070468389982

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 8:14 am on January 30, 2023 in SILVER SPRING, MD 20993.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
SILVER SPRING, MD 20993
January 30, 2023, 8:14 am

See All Tracking History

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                     ⌄

Product Information                                                     ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.