LAW OFFICES OF
# RAY L. FLORES II

TORREY RESERVE NORTH COURT
11622 EL CAMINO REAL
SUITE 100
SAN DIEGO, CALIFORNIA 92130

TELEPHONE: (858) 367-0397                                      FAC SIMILE: (888) 336-4037

February 21, 2023

Hon. Trevor N. McFadden                     Via ecf
Hon. Reggie B. Walton                       Via Fax: 202-354-3292
U.S. Department of Justice                  Email: bradley.silverman@usdoj.gov
Siri & Glimstad                                    colinfarnsworth@comcast.net
                                                   ebrehm@sirillp.com
                                                   aaron@sirillp.com

**RE: Notice of Related Cases under LCvR 40.5**
**Informed Consent Action Network v. FDA Case 1:23-cv-00219-RBW Filed 01/25/23**
**Children's Health Defense v. Food and Drug Administration 1:23-cv-00220 filed 01/26/23**

Your Honors:

My office just became aware of two similar Freedom of Information Act 5 U.S.C § 552 ("FOIA") cases that were filed one day apart (my client's case being the latter). Therefore, pursuant to LCvR 40.5(b)(3) we are immediately notifying the courts on whose calendars these cases appear and counsel for all other parties via email.

LCvR 40.5(a)(3) deems cases related when the earliest is still pending on the merits in the District Court and they (ii) involve common issues of fact.

The overlapping issues are FOIA requests to FDA seeking copies of the following records:

## Case 1:23-cv-00219-RBW Informed Consent Action Network v. FDA filed 01/25/23

All records concerning "Empirical Bayesian data mining" and "Empirical Bayesian Geometric Means" pursuant to Section 2.3 (2.3.2) of the VAERS Standard Operating Procedures for COVID19. 1 This should include, but not be limited to, any communications between FDA and CDC "shar[ing] and discuss[ing] results of data mining analyses and signals." (See Section 2.3.2)

and;

**Children's Health Defense v. FDA 1:23-cv-00220 filed 01/26/23**

On July 27, 2022, CHD submitted a FOIA request seeking records of safety monitoring conducted by the FDA pursuant to the <u>VAERS SOP</u>, as follows:

3. Records of any <u>Empirical Bayesian data mining</u> conducted by FDA and/or CBER, and records of any sharing or discussion of results and signals with the CDC;

6. Records of the <u>Empirical Bayesian data mining</u> conducted on or about November 17, 2021, as described in VAERS Death Reports Following COVID-19 Vaccination, supra.

On September 8, 2022, CHD also submitted a FOIA request seeking records of the <u>Empirical Bayesian data mining</u> underlying the analysis in B. Day et al. VAERS Death Reports Following COVID-19 Vaccination, supra.


Since judicial efficiency and avoiding duplicative judicial efforts is a goal of this local rule, this notice arguably raises the issue as to whether both cases should be heard together. We raise the issue, but take no position, and leave that decision to the court after counsel in former case are heard.



LAW OFFICES OF RAY L. FLORES II


 s/ Ray L. Flores II
Attorney for Plaintiff,
Children's Health Defense