IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHILDREN'S HEALTH DEFENSE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) )  Civil Action No. 23-0220 (RDM) |
| FOOD AND DRUG ADMINISTRATION, | ) ) |
| Defendant. | ) ) ) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kenneth Adebonojo, Assistant United States Attorney, as counsel of record for Defendant in the above-captioned case.

Respectfully submitted,

By: /s/ *Kenneth Adebonojo*
KENNETH ADEBONOJO
N.J. Bar #00676-2001
Assistant United States Attorney
U.S. Attorney's Office
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2562
kenneth.adebonojo@usdoj.gov