UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOOD & DRUG ADMIN.,<br><br>　　　　Defendant. | Civil Action No. 23-0220 (RDM) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

　　By and through undersigned counsel, the Food and Drug Administration ("Defendant") respectfully moves to extend the deadline to respond to the Complaint in this matter by 30 days—i.e., until April 4, 2023.  Plaintiff, through counsel, has graciously consented to the relief sought by this motion.  The grounds for this motion are as follows.

　　Plaintiff filed this suit on January 26, 2023, and served the U.S. Attorney's Office on or about January 31, 2023.  Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552, *et seq*. ("FOIA"), seeking judicial review of Defendant's handling of its FOIA request for records related to COVID-19 vaccines and research into their adverse effect.  *See generally* ECF No. 1.  Defendant's response to Plaintiff's complaint is now due.

　　According to the Office's Civil Chief, who closely monitors the Office's incoming case volume, cases delegated to the U.S. Attorney's Office for handling in the past few months have approached or surpassed all-time monthly highs.  For context, in FY2021 (ending September 30, 2021), the U.S. Attorney's Office was served with a total of approximately 1,946 new cases, or roughly 162 new cases each month on average during FY2021.  The roughly 1,946 new cases

received in FY2021 represented an all-time fiscal year high and more than double the number of cases received as recently as FY2017 (which year saw the Office receive roughly 930 new cases).

Cases received in the past few months have dwarfed even those elevated totals. Since June 2022, the U.S. Attorney's Office has been served with no fewer than 215 cases per month. Through September 2022, that volume was fueled in part by a plethora of cases seeking provisional injunctive relief in the context of the fiscal year 2022 Diversity Visa program. That said, the end of the fiscal year did not bring any relief. To the contrary, in October 2022, the Office received an all-time monthly high of 272 new civil cases. Unsurprisingly, this unprecedented surge in new case filings against the United States in this District has overwhelmed the Office's already swollen civil intake, triage, and assignment queues, delaying certain case assignments to Assistant U.S. Attorneys and initial coordination efforts with agency clients, including in this case.

This case was assigned to the undersigned about two weeks ago. Since then, the undersigned has had some cursory engagement with Agency Counsel, but not enough to have a full understanding of how the Defendant plans to approach this litigation. Thus, the undersigned is constrained to request this enlargement to continue discussions with Agency Counsel. Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiff's Complaint.

WHEREFORE, with Plaintiff's consent, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including April 4, 2023. A proposed order is enclosed herewith.

Dated: March 2, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOOD & DRUG ADMIN.,<br><br>　　　　Defendant. | Civil Action No. 23-0220 (RDM) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's consent motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including April 4, 2023, to respond to the Complaint in this action.

SO ORDERED:

_____                              _____
Dated                                                                                     RANDOLPH D. MOSS
                                                                                                   United States District Judge