UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHILDREN'S HEALTH DEFENSE, <br> 852 Franklin Ave. Suite 511 <br> Franklin Lakes, NJ 07417 <br><br> Plaintiff, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION <br> 10903 New Hampshire Avenue <br> Silver Spring, Maryland, 20993 <br><br> Defendant. | **Case No. 1:23-cv-00220 (RDM)** |

**APPEARANCE**

Plaintiff requests that the Clerk of Court enter the appearance of Risa Evans as co-counsel in the above-captioned matter.

Respectfully submitted,

/s/Risa Evans

New Hampshire Bar #9990
D.C. District Court I.D. No. NH0003
P.O. Box 273
Contoocook, NH 03229
Tel: (603)731-1733
Email: risa.evans@childrenshealthdefense.org
Co-counsel for Plaintiff