UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEGHT DEFENSE,<br>852 Franklin Ave. Suite 511<br>Franklin Lakes, NJ 07417<br><br>    Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION<br>10903 New Hampshire Avenue<br>Silver Spring, Maryland, 20993<br><br>    Defendant. | **Case No. 1:23-cv-00220 (RDM)** |

## PROPOSED ORDER

Upon consideration of the parties' Joint Status Report, it is this ___ day of May 2023,

ORDERED that the parties shall submit a further joint status report by June 27, 2023. It is further

ORDERED that the Initial Scheduling Conference is rescheduled for _____.

_____,

UNITED STATES DISTRICT JUDGE