UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>Plaintiff,<br><br>v.<br><br>FOOD & DRUG ADMIN.,<br><br>Defendant. | Civil Action No. 23-0220 (RDM) |

**MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S MOTION TO STAY**

By and through undersigned counsel, the Food and Drug Administration ("Defendant") respectfully moves to extend the deadline to file Defendant's Motion to Stay until September 20, 2023. The grounds for this motion are as follows.

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. 552, *et seq*. ("FOIA"), seeking judicial review of Defendant's handling of its FOIA request for records related to COVID-19 vaccines and research into their adverse effect. *See generally* ECF No. 1. Defendant Answered. *See* ECF No. 11.

2. The parties appeared before the Court on August 25, 2023, at which time the Court directed that Defendant shall file a Motion to Stay on or before next Monday, Plaintiff's Opposition is due on or before September 25, 2023, and Defendant's Reply on or before October 9, 2023. Defendant is constrained to request the first enlargement of this deadline due to the press of business and to confer further with Agency Counsel.

3. Defendants motion is substantially complete. Defendant has been working diligently on the stay motion since before the parties appeared leading to a number of questions that arose between this office and Agency Counsels. The undersigned believes that these answers will be flushed out thoroughly by next week and that both offices should be able to share final drafts thereafter before final signoffs.

4. Defendant proposes this extension in good faith and not for the purpose of delay. Granting the requested extension will serve the interests of justice by affording the undersigned to present briefing that flushes out fully the various relevant issues for the Court's consideration.

5. Pursuant to LCvR 7(m), the undersigned conferred with Plaintiff's counsel who graciously consented. By reciprocal consent, associated deadlines will be enlarged accordingly.

WHEREFORE, Defendant respectfully requests that the deadline to file its motion to stay be extended through and including September 20, 2023. A proposed order is enclosed herewith.

Dated: September 8, 2023
   Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>    Plaintiff,<br><br>    v.<br><br>FOOD & DRUG ADMIN.,<br><br>    Defendant. | Civil Action No. 23-0220 (RDM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for an extension of time to file its motion to stay, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including September 20, 2023, to file its motion to stay, Plaintiff's Opposition is due no later than October 4, 2023, and Defendant's Reply is due no later than October 18, 2023.

SO ORDERED:

_____                              _____
Dated                                                                                                    RANDOLPH D. MOSS
                                                                                                     United States District Judge