UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>    Plaintiff,<br><br>    v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 23-0220 (RDM) |

**DEFENDANT'S MOTION FOR AN EIGHTEEN-MONTH STAY OF PROCEEDINGS**

Defendant United States Food and Drug Administration ("FDA"), through its undersigned counsel, respectfully moves for an eighteen-month stay of this Freedom of Information Act ("FOIA") case, pursuant to 5 U.S.C. § 552(a)(6)(C) and *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).[1] Extraordinary circumstances, including two concurrent and unprecedented court-ordered productions in the United States District Court for the Northern District of Texas, warrant a stay. If granted, FDA proposes to: 1) two weeks after the date on which the stay concludes, submit a status report advising the Court about its ability to proceed at that time or setting forth circumstances that warrant an extension of the stay; and 2) update the court every six months with its most recent status reports regarding compliance with the two court-ordered productions.

In support of this motion, FDA respectfully submits the attached Memorandum and declaration of Suzann Burk, Director of the Division of Disclosure and Oversight Management, which oversees the Access Litigation and Freedom of Information Branch for FDA's Center for

---

[1] Plaintiff advised that it anticipates it will oppose this motion.

1

Biologics Evaluation and Research.

    A proposed order is included with the Memorandum in support of this motion.

Date:  September 14, 2023
         Washington D.C.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/ Kenneth Adebonojo*
      KENNETH ADEBONOJO
      Assistant United States Attorney
      601 D Street, N.W.
      Washington, D.C. 20530
      (202) 252-2562
      Kenneth.Adebonojo@usdoj.gov

*Attorneys for the United States of America*

OF COUNSEL:

SAMUEL R. BAGENSTOS
General Counsel
U.S. Department of Health and
Human Services

MARK J. RAZA
Chief Counsel

WENDY S. VICENTE
Deputy Chief Counsel, Litigation

DANLI SONG
JOSHUA FREDA
Associate Chief Counsels
Office of the Chief Counsel
U.S. Food and Drug Administration
Danli.Song@fda.hhs.gov
301-273-4477
Joshua.Freda@fda.hhs.gov
301-796-6885