UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>    Plaintiff,<br><br>    v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 23-0220 (RDM) |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Children's Health Defense and Defendant United States Food and Drug Administration ("FDA") hereby file this Joint Motion to Modify the Scheduling Order for the briefing of Defendant's Motion for an Eighteen-Month Stay.

On September 9, 2023, this Court entered a scheduling order allowing Defendant to file a motion to stay proceedings by September 20, 2023, Plaintiff to file its response by October 4, 2023, and Defendant to file its reply by October 18, 2023. Min. Or. (Sept. 9, 2023). On September 14, 2023, Defendant filed its Motion for an Eighteen-Month Stay pursuant to 5 U.S.C. § 552(a)(6)(C) and *Landis v. North American Co.*, 299 U.S. 248 (1936). ECF No. 17. Now, the parties respectfully move jointly to modify the schedule as follows:

Plaintiff's opposition brief due on or before October 11, 2023

Defendant's reply brief due on or before November 7, 2023.

Defendant seeks additional time because, as described in its Motion to Stay, the government is preparing briefs in multiple cases. *See* Mem. at 10 n.4, ECF No. 17-1. This requires coordination and input from several line attorneys and their supervisors at both FDA and the U.S.

1

Attorney's Office, all of whom have different schedules and other demands. Further, the reply that Defendant plans to file in these cases would be in addition to the already demanding workload that they all have

Moreover, two judges in this district granted similar extension requests seeking the same briefing schedule for papers responsive to essentially identical motions to stay. *See Informed Consent Action Network v. FDA*, Civ. A. No. 23-0219 (D.D.C.) (RBW), Min. Or. (Sept. 26, 2023); *Informed Consent Action Network v. FDA*, Civ. A. No. 23-1508 (D.D.C.) (CKK), Min. Or. (Sept. 26, 2023). Accordingly, the parties mutually propose the following revised briefing schedule:

| | |
|---|---|
| Date:  September 29, 2023<br>         Washington, D.C. | Respectfully submitted, |
| /s/ Ray L. Flores<br>RAY L. FLORES II<br>California Stata Bar #233643<br>D.C. District Court I.D. #CA00173<br>Torrey Reserve North Court<br>11622 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Tel: (858) 367-0397<br>Fax: (888) 336-4037<br>rayfloreslaw@gmail.com | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:   /s/ Kenneth Adebonojo<br>       KENNETH ADEBONOJO, D.C. Bar #____<br>       601 D Street, N.W.<br>       Washington, D.C. 20530<br>       (202) 252-2562<br>       Kenneth.Adebonojo@usdoj.gov |
| /s/ Risa Evans<br>RISA EVANS<br>New Hampshire Bar #9990<br>D.C. District Court I.D. #NH0003<br>P.O. Box 273<br>Contoocook, NH 03229<br>(603) 731-1733<br>risa.evans@childrenshealthdefense.org<br><br>*Attorneys for Plaintiff* | *Attorneys for the United States of America*<br><br>OF COUNSEL:<br><br>SAMUEL R. BAGENSTOS<br>General Counsel<br>Department of Health and Human Services |

\*     \*     \*

MARK J. RAZA
Chief Counsel

WENDY S. VICENTE
Deputy Chief Counsel, Litigation

DANLI SONG
JOSHUA FREDA
Associate Chief Counsels
Office of the Chief Counsel
U.S. Food and Drug Administration
(301) 273-4477
Danli.Song@fda.hhs.gov
(301) 796-6885
Joshua.Freda@fda.hhs.gov