UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. FOOD AND DRUG ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> ) | Civ. A. No. 23-220 (RDM) |

### DECLARATION OF KARL JABLONOWSKI

I, Karl Jablonowski, hereby declare as follows:

1. I am currently a Senior Research Scientist at Children's Health Defense.

2. I have a master's degree in Computer Science from the University of Chicago and a doctorate in Biomedical and Health Informatics from the University of Washington. I have published two book chapters and 13 peer-reviewed journal articles related to data mining and analysis for scientific investigation.

3. On September 18th, 2023 I downloaded all monthly Freedom of Information Act (FOIA) logs from the Food and Drug Administration's (FDA) website: https://www.fda.gov/regulatory-information/freedom-information/fda-foia-logs.  These excel formatted files contain FOIA requests from October 2018 thru the end of August 2023, and 'closed' requests from September 2018 thru the end of August 2023.

4. Each FOIA entry has a unique identifier, 'control number', that appears in both the request files and the closed files.  I wrote python programming language scripts to upload the data contained in these files to a PostgreSQL database.  I then matched requests to closed entries

1

using the unique identifier 'control number'. This allows me to write database queries to interrogate the information contained in these log files.

5. In the month of August 2022, the FDA FOIA logs reflect that the agency received 785 requests. According to all closed log files through August 2023, 668 of those requests (or 85.1%) have been closed, leaving 117 (or 14.9%) still pending. Of the 668 closed requests from August 2022, 369 were closed the same month they were received, and 179 were closed the following month. The average time for the FDA to close a request from August 2022 was 1.228 months.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5th, 2023.

_____
Karl Jablonowski
Senior Research Scientist
Children's Health Defense