UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE,<br><br>    Plaintiff,<br><br>    v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 23-0220 (RDM) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant the Food and Drug Administration ("FDA") respectfully advises the Court of supplemental authority relevant to the FDA's pending motion for an eighteen-month stay of proceedings (ECF No. 17).  On November 20, 2023, the Court granted a materially identical motion for a stay filed in *Informed Consent Action Network v. Food and Drug Administration*, Civ. A. No. 23-0219 (RBW) (D.D.C.).  The Court found that, in light of the extraordinary pace of production ordered in the two Northern District of Texas actions referenced in the pending motion, the limited resources available to the agency for Freedom of Information Act processing, the reality that requiring production in an action in the District of Columbia could negatively impact the agency's ability to comply with the demanding schedule mandated by the Texas federal court, and that the agency had demonstrated due diligence, an eighteen month stay was warranted.  The Court set a status conference in approximately six months.  A copy of the Court's Minute Order is attached.

\* \* \*

| | |
|---|---|
| Dated: November 28, 2023<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  _/s/ Kenneth Adebonojo_<br>KENNETH ADEBONOJO<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202)252-2562<br><br>*Attorneys for the United States of America* |