| | |
|---|---|
| **From:** | Adebonojo, Kenneth (USADC) |
| **To:** | Adebonojo, Kenneth (USADC) |
| **Subject:** | RE: ISO- FOIA cases with CBER |
| **Date:** | Tuesday, November 28, 2023 7:08:03 PM |

**Docket Text:**

**Minute Entry for telephonic proceedings held before Judge Reggie B. Walton: Motion Hearing held on 11/20/2023. Oral arguments heard. The Court grants [21] Defendant's Motion for an Eighteen-Month Stay of Proceedings, for the reasons set forth on the record. Status Conference set for 5/24/2024 at 9:00 AM via teleconference before Judge Reggie B. Walton. (Court Reporter: Lisa Moreira) (zalh)**