UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHILDREN'S HEALTH DEFENSE,

    Plaintiff,

v.

FOOD AND DRUG ADMINISTRATION,

    Defendant.

Civ. A. No. 23-0220 (RDM)

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's Minute Order of October 24, 2024, Defendant Food and Drug Administration ("FDA") respectfully submits this status report to respond to the Court's questions.

**I.    Plaintiff's Placement in the Queue.**

1.    As of November 15, 2024, Plaintiff's FOIA request (Request No. 2022-5587) is behind 300 earlier-submitted FOIA requests in the Complex Track.

2.    In the parties' last joint status report, FDA represented that as of October 17 Plaintiff's request was behind 299 earlier-submitted requests. *See* Joint Status Rep. ¶ 6 (Oct. 18, 2024), ECF No. 34. The reason that the request has fallen one position in the queue is that FDA's Center for Biologics Evaluation and Research's ("CBER") Access Litigation and Freedom of Information Branch ("ALFOI") recently determined that a request submitted before Plaintiff's was incorrectly placed in the Simple Track and had to be moved to the Complex Track, ahead of Plaintiff's request.

## II. Best Estimate of When Processing May Begin on Plaintiff's Request.

3. In FDA's status report dated August 9, 2024, the agency represented that its "best estimate of when it will begin processing Plaintiff's FOIA request" is "when it reaches the front of the Complex Track in approximately 24 to 36 months." Status Rep. ¶ 15 (Aug. 9, 2024), ECF No. 31. That estimate remains the same. Further, the Court ordered FDA to begin processing no later than August 9, 2026.

## III. Any New and Unanticipated Demands on FDA's FOIA Staff.

4. FDA has nothing to report at this time in response to this question.

## IV. Number of FDA Employees Working on Processing FOIA Requests.

5. By way of background, as described in the declaration attached to FDA's August 9, 2024, status report, ALFOI is the branch within CBER's disclosure office with primary responsibility for processing FOIA requests assigned to CBER. Decl. of Suzann Burk ¶¶ 3, 20 (Aug. 9, 2024), ECF No. 31-1. CBER's disclosure office was expanded in early 2024 to include two Special Disclosure Units ("Units"), which provide support to CBER's disclosure office where needed. *Id.* ¶¶ 20, 22.

6. The Units consist of one supervisor and six staff per Unit, for a total of fourteen full-time equivalent positions. These numbers represent an increase of three full-time equivalent positions since FDA's August 9, 2024, status report. *See id.* ¶ 22. At present, the Unit's staff are primarily dedicated to production in *PHMPT II*. *Id.* ¶ 20.

7. ALFOI currently consists of one supervisor and nine staff. These numbers represent an increase of two staff members since FDA's August 9, 2024, status report. *See id.* ¶ 21. ALFOI expects to onboard one additional staff member during the beginning of December 2024. Of the ALFOI staff, two employees are assigned primarily to production in *PHMPT II*. The

remaining staff are focused on processing FOIA requests pending in the queues, generally on a "first-in, first-out" basis. *See id.* ¶ 8.

Pursuant to the Court's Minute Order of October 24, 2024, FDA will file another status report on or before March 3, 2025.

Dated: December 2, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ *Dimitar P. Georgiev*
    DIMITAR P. GEORGIEV, D.C. Bar # 1735756
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 815-8654

*Attorneys for the United States of America*