# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHILDREN'S HEATH DEFENSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 23-220 (RDM) |
| ) | |
| U.S. FOOD AND DRUG ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF**
**MARY S. HOLLAND AS COUNSEL**

Pursuant to LCvR83.6(b), Plaintiff provides this notice that Mary S. Holland is withdrawing as Children's Health Defense attorney in this matter. This will allow Ms. Holland to focus on her duties as Plaintiff's Chief Executive Officer.

Plaintiff will continue to be represented by current attorneys of record; Ray L. Flores II, and Risa Evans who shall serve as 'Lead Attorney.'

Respectfully submitted,

Dated: March 18, 2025

/s_____
Mary S. Holland