UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, | ) |
| Plaintiff, | ) |
| v. | ) Civ. A. No. 23-220 (RDM) |
| U.S. FOOD AND DRUG ADMINISTRATION, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
MARY S. HOLLAND AS COUNSEL**

Pursuant to LCvR83.6(b), Plaintiff provides this notice that Mary S. Holland is withdrawing as Children's Health Defense's attorney in this matter. This will allow Ms. Holland to focus on her duties as Plaintiff's Chief Executive Officer.

Plaintiff will continue to be represented by current attorneys of record; Ray L. Flores II, and Risa Evans who shall serve as 'Lead Attorney.'

Respectfully submitted,

Dated: March 20, 2025

_____
Mary S. Holland
New York State Bar Number 2355618 D.C.
District Court I.D. No.: NY0497
Children's Health Defense 852 Franklin
Ave, Suite 511 Franklin Lakes, NJ 07417
Tel: (202) 854-1310
email:mary.holland@childrenshealthdefense.org

1